JEAN HUTT AND EVA BERMAN, PLAINTIFFS-APPEL-
LANTS, v. THE TRAVELERS INSURANCE COMPANY,
DEFENDANT-RESPONDENT.

Submitted October 28, 1932—Decided January 23, 1933.

For the appellants, *Samuel Greenstone* and *Ward Kremer*.

For the respondent, *Lindabury, Depue & Faulks*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court by Circuit Court Judge Dungan.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ.  13.

*For reversal*—None.